UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TOMMY L. JACKSON, JR., | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. 4:14CV02116 ERW |
| TROY STEELE, | ) ) ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Memorandum and Order of the United States Magistrate Judge David D. Noce [ECF No. 30], pursuant to 28 U.S.C. § 636(b)(1).

The Court notes no objections were filed to the Memorandum and Order within the time period afforded by 28 U.S.C. § 636(b)(1). The Court has considered the Memorandum and Order, and hereby sustains, adopts, and incorporates herein the Magistrate's Memorandum and Order in its entirety. The Magistrate's decision denying the writ of habeas corpus is affirmed.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Petitioner Tommy L. Jackson Jr.'s Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [ECF No. 1] is **DENIED, and DISMISSED**.

Dated this 10th Day of July, 2017.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE